**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00718-LTB-MJW

QFA ROYALTIES LLC,
        Plaintiff,

v.

JEFFREY KLEINE,
        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (filed June 20, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED:  August 30, 2005